**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEIDRE WILSON, Individually and p.p.a. CORY WILSON, a Minor | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No.: C.A. No: 04-530S |
| UNITED STATES OF AMERICA | : | |
| Defendant. | : | |

## JOINT MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

Now come the parties in the above-captioned matter and hereby jointly move this Court for an Order appointing Robert Parrillo, Esquire, to serve as Guardian Ad Litem for the minor plaintiff, Cory Wilson, for the purpose of reviewing the proposed settlement between the parties and making a report and recommendation to the Court.

Defendant,
By its Attorney,

Robin E. Feder, (#3415)
Assistant U.S. Attorney
U.S. Department of Justice
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055
401-709-5017 (Fax)

Plaintiff,
By her Attorney,

Amato A. DeLuca (#0531)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, Ltd.**
199 North Main Street
Providence, RI 02903
401-453-1500
401-453-1501 (Fax)

(9)