**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEIDRE WILSON, Individually and p.p.a. CORY WILSON, a Minor<br>Plaintiffs, | : | |
| v. | : | C.A. No.: C.A. No: 04-530S |
| UNITED STATES OF AMERICA<br>Defendant. | : | |

**ORDER**

On the 5th day of October, this matter came to be heard before this Honorable Court, U.S. District Judge William E. Smith presiding, on the parties' Joint Motion for Appointment of Guardian Ad Litem. After consideration thereof, it is hereby,

**ORDERED, ADJUDGED AND DECREED**

Robert Parrillo, Esquire, is hereby appointed to serve as Guardian Ad Litem for the minor plaintiff, Cory Wilson, for the purpose of reviewing the proposed settlement between the parties and making a report and recommendation to the Court.

ENTER: PER ORDER:

WESm [signature]
10/18/05

[signature]
Deputy Clerk

Presented by:

[signature]

Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, Ltd.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 (fax)