UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEIDRE WILSON, Individually and p.p.a
CORY WILSON, a Minor
Plaintiffs

V.

C.A. No. 04-530S

UNITED STATES OF AMERICA,
Defendant

**ORDER**

The Stipulation for Compromise Settlement and Dismissal Stipulation that was indadvertently entered in the above-captioned case on November 16, 2005 is hereby VACATED.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 11/17/05