AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Wilson, et al v. United States

Amato Deluca

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 04-530S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William Smith | Michael Eskey, Robert [illegible] | Robin Feder |
| TRIAL DATE(S) 12/8/05 | COURT REPORTER Ann Clayton | COURTROOM DEPUTY DPB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | 12/8/05 | ✓ | [illegible] | Trust Agreement |
| 2 | | 12/8/05 | ✓ | [illegible] | R+R of the Guardian Ad Litem |
| 3 | | 12/8/05 | ✓ | [illegible] | Stipulation for Compromise Settlement |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.