**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEIDRE WILSON, Individually and p.p.a. CORY WILSON, a Minor | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No.: 04-530S |
| UNITED STATES OF AMERICA | : | |
| Defendant. | : | |

**PLAINTIFF'S SUPPLEMENTAL SETTLEMENT DOCUMENTS**

Now come plaintiffs in the above-captioned matter and, in accordance with the order of the Court at the December 8, 2005, hearing on the approval of the parties' settlement, hereby submit, as attached Exhibit A, a copy of a fully executed, revised Trust Agreement.

Plaintiffs,
By their attorneys,

Amato A. DeLuca (#0531)
Michael T. Eskey (#3035)
**DeLUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that on 15 day of December 2005 I served by hand delivery a true and accurate copy of the foregoing on:

Robin E. Feder, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Robert Parrillo, Esq.
128 Dorrance Street
Suite 450
Providence, RI 02903

Tina DeLaire