UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 22 2005
Property of U.S. District Court
District of Rhode Island

DEIDRE WILSON, Individually :
and p.p.a CORY WILSON, :
a Minor, :
Plaintiffs :
:
v. : C.A. NO.: 04-530S
:
UNITED STATES OF AMERICA :
Defendant, :
Third-party plaintiff :
:
v. :
:
JAY FOSTER, SAMANTHA FOSTER :
Third-party defendants :

**DISMISSAL STIPULATION**

Plaintiffs DEIDRE WILSON, individually, and p.p.a. CORY WILSON, a minor, and Defendant UNITED STATES OF AMERICA, by and through their undersigned counsel, hereby stipulate and agree that plaintiffs' complaint against the United States of America, is voluntarily dismissed by plaintiffs with prejudice.

ROBIN E. FEDER
Assistant U.S. Attorney
Attorney for Defendant
Fleet Building, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000

AMATO A. DELUCA
MICHAEL T. ESKEY
DELUCA AND WEIZENBAUM, Ltd.
Attorney for Plaintiffs
199 North Main Street
Providence, RI 02903
(401) 453-1500

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/29/05