UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 04 2006
Property of U.S. District Court
District of Rhode Island

DEIDRE WILSON, Individually
and p.p.a CORY WILSON,
a Minor,
Plaintiffs

v. C.A. NO.: 04-530S

UNITED STATES OF AMERICA
Defendant,
Third-party plaintiff

v.

JAY FOSTER, SAMANTHA FOSTER
Third-party defendants

**VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT**

Defendant and Third-Party Plaintiff UNITED STATES OF AMERICA, by and through its undersigned counsel, hereby voluntarily dismisses the third-party complaint against Third-Party Defendants, JAY FOSTER AND SAMANTHA FOSTER.

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Attorney for Defendant
Fleet Building, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/5/06

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2006, I caused a copy of the Voluntary Dismissal of Third-Party Plaintiff to be forwarded, by postage prepaid mail, to:

Amato A. DeLuca, Esq.
Michael T. Eskey, Esq.
DeLUCA & WEIZENBAUM, LTD.
36 Exchange Terrace
Providence, RI 02903

Samantha Foster
Jay Foster
308 Kimberly Court
Elizabeth City, NC 27909

[signature]