Deidre Wilson
Plaintiff

VS: CA: 4-530S

USA
Defendant

# EXHIBIT RECEIPT

Exhibits 1 - 3

Tina DeLaine
~~Attorney~~ Legal assistant

Deputy clerk